UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN R. CORNELIOUS,<br><br>    Petitioner,<br><br>v.<br><br>DERRAL ADAMS, Warden,<br><br>    Respondent. | No. CV 06-6115 JSL (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

    IT IS ORDERED that judgment be entered dismissing this action with prejudice.

DATED: Oct. 25, 2011

*Spencer Letts*

J. SPENCER LETTS
United States District Judge