UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN R. CORNELIOUS, | No. CV 06-6115 JSL (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| DERRAL ADAMS, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: Oct 25, 2011

*Spencer Letts*

J. SPENCER LETTS
United States District Judge